UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Nicky and Gail Casey                          Case No. 09-45255
                                              Chapter 7
      Debtors.                         Honorable Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 249.33 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| First National Bank of America<br>1620 Dodge St. Stop Code 3105<br>Omaha, NE 68197 | 10 | $81.96 |
| Infibank-Credit Union One<br>Cardmember Services<br>1620 Dodge St, Stop Code 3105<br>Omaha, NE 68197 | 11 | $167.37 |

Dated: February 16, 2011            /s/ Charles J. Taunt_____.
                                    Charles J. Taunt, Trustee (P24589)
                                    700 East Maple, 2nd Floor
                                    Birmingham, MI 48009-6359
                                    (248) 644-7800
                                    Teetaunt@tauntlaw.com
                                    P24589